ANGELA GARONI, as Infant, by GEORGE H. FINCK, his Guardian Ad Litem, Respondent, *v.* THE COMPAGNIE NATIONALE DE NAVIGATION of Marseilles, Appellant.

(Argued February 4, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 1, 1891, which affirmed a judgment in favor of plaintiff and affirmed an order denying a motion for a new trial.

*Esek Cowen* for appellant.

*Edward C. James* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, Ch. J., and PECKHAM, J., dissenting on the ground that the charge to the jury was erroneous as to the degree of care resting upon the defendant.
Judgment affirmed.